Raymond A. SCHMOLL,
Plaintiff–Appellee,

v.

ACANDS, INC., a Pennsylvania
Corporation, et al.,
Defendants,

and

Raytech Corporation, Defendant–
Appellant.

Raymond A. SCHMOLL,
Plaintiff–Appellee,

v.

ACANDS, INC., a Pennsylvania
Corporation, et al.,
Defendants,

and

Raytech Corporation, Defendant–
Appellant.

Nos. 89–35101, 89–35168.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 15, 1992.

Decided Oct. 26, 1992.

William N. Reed, H. Mitchell Cowan, J. Randall Patterson, Watkins Ludlam &

Stennis, Jackson, Miss., for defendant-appellant.

Henry Kantor, Jeffrey S. Mutnick, Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, Or., for plaintiff-appellee.

Before: BEEZER, NOONAN, and TROTT, Circuit Judges.

### ORDER

Under Oregon law, creditors have priority over shareholders in all of the future earnings of an insolvent corporation. We have reviewed the record in No. 89–35168 and we affirm the district court's judgment on the grounds stated in its opinion. *Schmoll v. ACandS, Inc.,* 703 F.Supp. 868 (D.Or.1988).

We dismiss Raytech's appeal of an interlocutory order in No. 89–35101.